# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| JAMES EDWARD SCOTT, III,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>LEAH BORIES, *et al.*,<br><br>　　　　　　　　Defendants. | Case No. 3:23-CV-00260-MMD-CLB<br><br>**ORDER TO FILE OPPOSITION OR RESPONSE TO MOTION FOR SUMMARY JUDGMENT** |

　　　　On February 19, 2025, Defendants filed a motion for their motion for summary judgment in this action. (ECF No. 36.) Plaintiff was given notice of the motion pursuant to the requirements of *Klingele v. Eikenberry*, 849 F.2d 409 (9th Cir. 1988), and *Rand v. Rowland*, 154 F.3d 952 (9th Cir. 1998). (ECF No. 40). An opposition or response to this motion was due on or before March 12, 2025. To date, Plaintiff has failed to file an opposition or otherwise respond to the motion.

　　　　The Court will *sua sponte* grant Plaintiff an extension of time to **Friday, April 11, 2025** to file an opposition to the motion for summary judgment. No further extensions of time shall be granted. If Plaintiff fails to file an opposition, the motion will be submitted to the Court for decision.

**IT IS SO ORDERED.**

　　　　DATED: March 13, 2025

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE